```
ED DUNLAVEY
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | DOCKET NUMBER: 6:09-mj-169-YNP |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO AMEND CONDITIONS OF RELEASE AND ORDER THEREON |
| HEATHER A. SYMS, ) | |
| Defendant ) | |

   IT IS HEREBY STIPULATED by and between ED DUNLAVEY, the Legal Officer for Yosemite National Park, and Defendant, HEATHER SYMS, through her counsel, JASON CARR, Assistant Federal Defender, that the conditions of release in the above-captioned matter ordered on August 17, 2009 be amended to include as follows: Defendant is to remain outside the boundaries of Yosemite National Park for duration of the pre-trial period, except Defendant may enter Yosemite National Park for any court appearances or to meet with defense counsel. All other conditions of release remain unchanged.

Dated: August 18, 2009        By:   /S/ Ed Dunlavey
                                    ED DUNLAVEY, Legal Officer
                                    Yosemite National Park


Dated: August 18, 2009        By:     /S/ Jason Carr
                                    JASON CARR, Attorney for
                                    HEATHER A. SYMS

1

ORDER

The Court, having reviewed the above request to amend the conditions of release ordered August 17, 2009, HEREBY ORDERS AS FOLLOWS:

1. Defendant, Heather Syms, is to remain outside the boundaries of Yosemite National Park for the duration of the pre-trial period, except
2. Defendant may enter Yosemite National Park for any court appearances or to meet with defense counsel.
3. All other conditions of release ordered August 17, 2009 remain unchanged.

It is so ordered:

IT IS SO ORDERED.

Dated:   **August 27, 2009**        /s/ **S. Allan Alexander**
UNITED STATES MAGISTRATE JUDGE