1  Ed Dunlavey
   Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: (209) 372-0243

5

6                     UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES GOVERNMENT,        )   CASE: 6:09-mj-00169-YNP
                                    )
10              Plaintiff,          )
                                    )   STIPULATION TO VACATE TRIAL
11      vs.                         )   DATE AND SCHEDULE TRIAL-
                                    )   CONFIRMATION HEARING; AND
12 HEATHER SYMS,                    )   ORDER THEREON
                                    )
13              Defendant.          )   Court: U.S. Magistrate
                                    )   Judge: Honorable Dennis L. Beck
14 _____   )

15      IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

16 officer for the National Park Service, Defendant, Heather Syms, and her attorney of record,

17 Jeremy Kroger, that the date for the Bench Trial in the above-captioned matter set for March 17,

18 2010, at 10:00 a.m., be vacated., and the matter be set for a trial confirmation hearing on April

19 20, 2010, at 10:00 a.m.

20

21 Dated: February 19, 2010         By: /s/ Susan St. Vincent
                                        SUSAN ST. VINCENT
22                                      Acting Legal Officer for
                                        National Park Service
23

24 Dated: February 21, 2010         By:  /s/ Jeremy Kroger
                                        JEREMY KROGER
25                                      Office of the Federal Defender
                                        Attorney for Defendant
26                                      HEATHER SYMS

27

28

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date, now set for March 17, 2010, and to set a trial confirmation hearing for April 20, 2010,

HEREBY ORDERS AS FOLLOWS:

1) The Trial date set for March 17, 2010, is vacated.

2) The matter is now set for trial confirmation hearing on April 20, 2010, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   February 22, 2010**                               **/s/ Dennis L. Beck**
                                                                                  UNITED STATES MAGISTRATE JUDGE